UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL HILL,<br><br>            Plaintiff,<br><br>    v.<br><br>T. PETERSON,<br><br>            Defendant. | **CASE NO. 1:11-cv-1071-LJO-MJS (PC)**<br><br>**ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S SUR-REPLY TO MOTION TO DISMISS**<br><br>**(ECF NO. 27)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Pending before the Court is Defendants' motion to dismiss, filed on January 8, 2014. (ECF No. 17.) Plaintiff filed an opposition on January 27, 2014 (ECF No. 23), and Defendants filed a reply on February 3, 2014. (ECF No. 25.) The motion has been submitted upon the record. Local Rule 230(*l*). However, on February 24, 2014, Plaintiff filed a sur-reply. (ECF No. 26.) Defendants then filed a motion asking that the Court strike Plaintiff's sur-reply. (ECF No. 27.) Plaintiff did not file an opposition to the motion to strike.

Absent leave of court, no briefing on Defendants' motion to dismiss is permitted beyond the opposition and reply. The Court did not grant Plaintiff leave to file a sur-reply, and the Court does not desire any further briefing on the motion. Accordingly, Defendants' motion to strike Plaintiff's sur-reply (ECF No. 27) is HEREBY GRANTED and Plaintiff's sur-reply (ECF No. 26) is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   June 27, 2014                       /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE