UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. PETERSON,<br><br>　　　　Defendant. | Case No.  1:11-cv-1071-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO DISMISS**<br><br>**(ECF No. 29)**<br><br>**CASE TO REMAIN OPEN** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

　　　　On July 14, 2014, the Magistrate Judge issued Findings and Recommendation to deny Defendant Peterson's motion to dismiss. (ECF No. 29.) Defendant Peterson did not object to the Findings and Recommendation and the time for doing so has expired. (Id. at 8.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed on July 14, 2014 (ECF No. 29), in full,

2. Defendant Peterson's motion to dismiss (ECF No. 17), filed on January 8, 2014, is DENIED, and

3. The case shall remain open.

IT IS SO ORDERED.

Dated:   **July 31, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

4.